UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) 1:13-cv-488- SEB-DML ) ) |
| SS LIQUORS, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established, including the October 6, 2014, trial date and the September 23, 2014, final pretrial conference date, are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before November 29, 2013. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 10/30/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Michael W. Padgett
JACKSON LEWIS LLP
padgettm@jacksonlewis.com