Acknowledged.
Date: 12/27/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID DEBOARD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:13-cv-00488-SEB-DML |
| | ) |
| SS LIQUORS INC. | ) |
| d/b/a HAMPTON INN, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, David DeBoard, Jr., and Defendant, SS Liquors Inc. d/b/a Hampton Inn, having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by David DeBoard Jr. pursuant to Fed.R.Civ.Pro. 41(a)(1), with each party to bear his/its own attorneys' fees and costs.

| DAVID DEBOARD, JR. | SS LIQUORS INC. D/B/A HAMPTON INN |
|---|---|
| By: /s/ Ryan R. Frasher | By: /s/ Michael W. Padgett |
| Ryan R. Frasher | Michael W. Padgett |
| The Frasher Law Firm, P.C. | Jackson Lewis P.C. |
| 450 Barrister Building | 10 West Market Street, Suite 2400 |
| 155 East Market Street | Indianapolis, Indiana 46204 |
| Indianapolis, Indiana 46204 | padgettm@jacksonlewis.com |
| rfrasher@frasherlaw.com | |

Eric G. Calhoun
Travis & Calhoun, P.C.
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
eric@travislaw.com

Copies to: Electronically registered counsel of record via ECF.